UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
HAGOP BABOUJIAN,                                              :
                                                              :
                    Plaintiff,            :          **ECF CASE**
                                                              :
           v.                                                :
                                                              :          07 Civ. 6138 (CM)
                                                              :
ALBERTO GONZALES, et al.                                      :
                                                              :
                    Defendants.           :          NOTICE OF APPEARANCE
------------------------------------------------------------- x

TO:    Clerk of Court
       United States District Court
       Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
       July 17, 2007

                                             Respectfully submitted,

                                             MICHAEL J. GARCIA
                                             United States Attorney for the
                                             Southern District of New York

                                   By:       /s/_____
                                             DANIEL P. FILOR
                                             Assistant United States Attorney
                                             86 Chambers Street, 3rd Floor
                                             New York, New York 10007
                                             Telephone: (212) 637-2726
                                             Facsimile: (212) 637-2717
                                             Email: daniel.filor@usdoj.gov

TO:    Neil H. Afran, Esq.
       Immigration Law Clinic, Touro Law School
       225 East View Drive, Central Islip, NY 11722