OCT-19-2007 09:05 AM  AFRAN&RUSSO, P.C.           651 582 5754  MEMARON T.
OCT-29-2007 21:07     US ATTORNEY                  212 637 2717  P.02

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: DANIEL P. FILOR
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2726
Fax: (212) 637-2717

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

HAGOP BABOUJIAN (A# 037 044 511),

        Plaintiff,

-against-

U.S ATTORNEY GENERAL ALBERTO GONZALES,
DEPARTMENT OF HOMELAND SECURITY
SECRETARY MICHAEL CHERTOFF, U.S.
CITIZENSHIP AND IMMIGRATION SERVICE,
U.S.C.I.S. DIRECTOR EMILIO T. GONZALEZ,
U.S.C.I.S. NEW YORK DISTRICT DIRECTOR MARY
ANN GANTER, and THE UNITED STATES OF
AMERICA,

        Defendants.

----------------------------------------------------------x

07 Civ. 6138 (CM) (DCF)

ECF Case

STIPULATION AND
ORDER OF
SETTLEMENT AND
DISMISSAL

WHEREAS, plaintiff Hagob Baboujian submitted an application for naturalized citizenship ("application") to the United States Citizenship and Immigration Services (the "CIS") in or about October 2005;

WHEREAS, on or about May 19, 2006, plaintiff's application for naturalization was denied because plaintiff failed to establish that he meets all the requirements for naturalization;

WHEREAS, on or about September 18, 2006, the CIS affirmed the decision to deny plaintiff's application for naturalization;

OCT-19-2007 09:06 AM    AFRAN&RUSSO,P.C.              631 582 5754       P.03
OCT-09-2007 21:07       US ATTORNEY                                  212 637 2717      P.03

WHEREAS, on or about June 29, 2007, plaintiff filed a Complaint for Hearing on Naturalization Application in the above-captioned action;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, as follows:

1. That plaintiff's application be remanded to the CIS with the instruction that the CIS render a new decision with respect to the application within 60 days of the date of entry of this Stipulation and Order.

2. The above-captioned complaint is hereby dismissed without prejudice and without costs or attorney's fees to any party.

Dated: Central Islip, New York
October 19, 2007

NEIL H. AFRAN, ESQ.
Immigration Law Clinic Director
Touro Law School
225 East View Drive
Central Islip, New York 11722
Tel: (631) 761-7082
*Attorney for Plaintiff*

Dated: New York, New York
October 19, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By: DANIEL P. FILOR
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2726

SO ORDERED:

COLLEEN MCMAHON
United States District Judge

10/19/07

2

TOTAL P.03
10/09/07 TUE 21:25 [TX/RX NO 9581] ☑003